THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARK ROW REALTY COMPANY, Appellant, *v.* MARTIN SAXE et al., as State Tax Commissioners et al., Respondents.

*People ex rel. Park Row Realty Co. v. Saxe,* 180 App. Div. 103, affirmed.

(Argued January 10, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1917, which confirmed, on certiorari, a determination of the state tax commission refusing to deduct the amount of a prior mortgage from the value on the real estate in fixing the mortgage tax

under sections 253–256 of the Tax Law on a mortgage given to secure future advances and unlimited as to amount. The question of law involved was as to the proper construction of the phrase in section 256 of the Tax Law " the value of the property covered by the mortgage." The state contended that the phrase should be construed as meaning the value of whatever real estate was described in the mortgage. The appellant contended that the phrase was to be construed as meaning the value of whatever property the mortgage attached to. In other words, that a mortgage attached to the property which the mortgagor had in the real estate which is described in the mortgage.

*George W. Phillips, Jr.,* and *Charles Stewart Davison* for appellant.

*Merton E. Lewis,* Attorney-General (*James S. Y. Ivins* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and ANDREWS, JJ.